# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00150-CV

**In re Cunningham Constructors & Associates, Inc.**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Cunningham Constructors & Associates, Inc. has filed a petition for writ of mandamus challenging the trial court's order transferring venue of its suit against the real party in interest, Atlas Electric of West Texas, LLC. *See* Tex. R. App. P. 52.8. Having reviewed relator's filings, the responses, and the record provided, we deny relator's petition for mandamus relief. *See id.* R. 52.8(a).

_____

Cindy Olson Bourland, Justice

Before Justices Puryear, Pemberton, and Bourland

Filed:  May 1, 2015